**UNITED STATES DISTRICT COURT**
**DISTRICT OF MINNESOTA**

---

Steven Doherty,                                      Court File No. 20-cv-00385 (ECT/LIB)

    Plaintiff,

                    **ORDER**

vs.

St. Louis County; and Correctional Officers J.
Does 1-2, whose names are presently
unknown to Plaintiff, in their individual and
official capacities,

    Defendants.

---

   On July 1, 20202, the parties filed a Stipulation for Amendment of Plaintiff's Complaint

[Docket No. 19].  Based upon review of the files and for good cause shown **IT IS HEREBY**

**ORDERED** that:

1. The parties' Stipulation for Amendment of Plaintiff's Complaint [Docket No. 19] is
   APPROVED;

2. Plaintiff shall serve and file his First Amended Complaint, as attached to the Stipulation as
   Exhibit 2, by July 17, 2020; and

3. Defendants shall answer or otherwise respond to the amended complaint pursuant to the
   Federal Rules of Civil Procedure.

Dated:  July 2, 2020         s/Leo I. Brisbois
                Hon. Leo I. Brisbois
                U.S. MAGISTRATE JUDGE